IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ARCH INSURANCE COMPANY, | § § § § | |
| *Plaintiff*, | | |
| v. | § § | |
| TRANSWOOD CARRIERS, INC. and EP ENERGY E&P COMPANY, LP, n/k/a EP ENERGY E&P COMPANY, LLC, FTS INTERNATIONAL, INC., FTS INTERNATIONAL SERVICES, LLC, and J&R VALLEY OILFIELD SERVICES, INC., | § § § § § § § § § § | CASE NO. 5:24-cv-00114 |
| *Defendants*. | § | |

**JOINT NOTICE OF SETTLEMENT AND REQUEST FOR 60-DAY STAY**

In compliance with the Court's Order of September 16, 2025 (Doc. 68), Plaintiff Arch Insurance Company ("**Arch**") and Defendants Transwood Carriers, Inc. ("**Transwood**") and Gemini Insurance Company ("**Gemini**") (collectively, the "**Parties**") attended mediation on October 20, 2025. The Parties jointly notify the Court of the following:

- The Parties successfully mediated this case with mediator Louis Selig.

- The Parties entered into a Memorandum of Settlement, which calls for the Parties to prepare a final settlement agreement, exchange any agreed payment, and thereafter, file an Agreed Stipulation of Dismissal with this Court dismissing this case with prejudice.

- The Parties also agreed to prepare appropriate papers to dismiss all claims with prejudice in the underlying state-court case pending in La Salle County, Texas.

- Therefore, the Parties request the Court to vacate all upcoming deadlines for at least sixty (60) days, including the deadline for Arch to respond to Defendant EP Energy E&P

Company, LP n/k/a Verdun Oil EF II, LLC's Rule 12(b)(1) Motion to Dismiss (Doc. 67), to allow the Parties sufficient time to fully consummate their settlement as agreed and file their proposed Agreed Stipulation of Dismissal.

>Respectfully submitted,
>
>**TROUTMAN PEPPER LOCKE LLP**
>
>*/s/ Jill A. Schaar*
>Jill A. Schaar
>   Attorney-in-Charge
>   Texas Bar No. 17719870
>   S.D. Tex. Bar No. 7330
>   jill.schaar@troutman.com
>Thanh Le
>   Texas Bar No. 24097978
>   S.D. Tex. Bar No. 3226236
>   thanh.le@troutman.com
>600 Travis Street, Suite 2800
>Houston, Texas 77002
>T: (713) 226-1200
>F: (713) 223-3717
>
>**ATTORNEYS FOR PLAINTIFF**
>**ARCH INSURANCE COMPANY**
>
>*/s/ Emma Cano\*\*\**
>Lamont A. Jefferson
>   Texas Bar No. 10607800
>   S.D. Tex. Bar No. 19958
>   LJefferson@jeffersoncano.com
>Emma Cano
>   Attorney-in-Charge
>   Texas Bar No. 24036321
>   S.D. Tex. Bar No. 34264
>   ECano@jeffersoncano.com
>Will Davidson
>   Texas Bar No. 24108872
>   S.D. Tex. Bar No. 3839633
>   WDavidson@jeffersoncano.com

**JEFFERSON CANO**
112 East Pecan Street, Suite 1650
San Antonio, Texas 78205
T: (210) 988-1801
F: (210) 988-1801

**ATTORNEYS FOR DEFENDANT**
**TRANSWOOD CARRIERS, INC.**


*/s/ Sheila H. Waite\*\*\**
Zach T. Mayer
   Attorney-in-Charge
   Texas Bar No. 24013118
   S.D. Tex. Bar No. 604832
   ZMayer@mayerllp.com
Sheila H. Waite
   Texas Bar No. 24102936
   S.D. Tex. Bar No. 3869992
   swaite@mayerllp.com
**MAYER LLP**
750 N. Saint Paul Street, Suite 700
Dallas, Texas 75201
T: (214) 379-6900
F: (210) 379-6939

**ATTORNEYS FOR DEFENDANT**
**GEMINI INSURANCE COMPANY**

**\*\*\****Signed with express permission by*
   *Jill A. Schaar*


## CERTIFICATE OF SERVICE

     This is to certify that a true and correct copy of the foregoing document has been furnished to all counsel of record, electronically in accordance with the FEDERAL RULES OF CIVIL PROCEDURE, this 21st day of October 2025.


   */s/ Jill A. Schaar*
   Jill A. Schaar